IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**KENNETH LILYBLAD**,

    Plaintiff,

v.

**AMERICAN FAMILY INSURANCE COMPANY**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Insurance Group, by and through its counsel, Jacquelyn S. Booker, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Insurance Company ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Boulder County, Colorado, Case No. 2018 CV 30305. On or about April 4, 2018, Plaintiff, Kenneth Lilyblad ("Mr. Lilyblad") filed his Complaint and Jury Demand in Boulder County District Court, Colorado. The Complaint seeks recovery of damages as to American Family based on allegations of breach of contract, unreasonable delay or denial of insurance benefits, and bad faith. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Mr. Lilyblad is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 3. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B**; *see also* **Exhibit A** at ¶ 4.

4. The amount in controversy exceeds $75,000. Plaintiff submitted an economic damages summary to American Family, alleging $152,294.19 in economic damages, comprised of $9,667.47 in past medical expenses, past lost wages of $712.50 and future medical expenses of $141,914.22. *See* **Exhibit C**. Plaintiff's Complaint alleges he suffered "severe harms and losses" exceeding the amount of the tortfeasor, Michael Carroll's, insurance policy limits. *See* **Exhibit A** at ¶ 9 and 11. Further, Plaintiff's Complaint also alleges that he needs "surgery relating to the injuries he suffered in the wreck at issue." See **Exhibit A** at ¶ 23a. Plaintiff also seeks recovery of "two times the covered UIM benefits and reasonable attorney fees and court costs" for alleged unreasonable delay or denial of benefits. See **Exhibit A** at ¶ 37. Additionally, in District Court Civil (CV) Case Cover Sheet, **Exhibit D**, Plaintiff seeks more than $100,000 in damages. *See* **Exhibit D** at 2 and **Exhibit H**.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. American Family was served with Plaintiff's Complaint and Jury Demand in this matter on April 25, 2018. *See* **Exhibit E**. Thus, American Family's Notice of Removal is due May 14, 2018.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Boulder. *See* **Exhibit F**. The process, pleadings, and orders are captioned as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit D**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit E**   Return of Service regarding American Family.

**Exhibit G**   Summons;

**Exhibit H**   Plaintiff's Notice to Elect Exclusion from C.R.C.P. 16.1 Simplified Procedure

**Exhibit I**     Defendant's Unopposed Motion for Extension of Time to Respond to Complaint

**Exhibit J**     Order Granting Unopposed Motion for Extension of Time to Respond to Complaint

8.     American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.     Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Boulder in Civil Action No. 2018 CV 30305. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit K**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Insurance Group respectfully requests that this case be removed from the District Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 11th day of May, 2018.

>     */s/   Jacquelyn S. Booker*
>     Jacquelyn S. Booker
>     Sutton | Booker | P.C.
>     4949 S. Syracuse, Suite 520
>     Denver, Colorado  80237
>     Telephone:  303-730-6204
>     Facsimile:   303-730-6208
>     E-Mail:  jbooker@suttonbooker.com
>     ***Attorneys for Defendant,***
>     ***American Family Insurance***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2018, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John C. Zinda
S. Burgess Williams
Christina M. Hagen
Joseph Caputo
Zinda Law Group, PLLC
600 17th Street, Ste 2625S
Denver CO  80202

/s/   Sarah E. Anderson
*A duly signed original is on file at*
*Sutton | Booker | P.C.*